# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

**No. 201800050**

―――――――――――――

**UNITED STATES OF AMERICA**
Appellee

v.

**EMILIO M. SANCHEZ**
Corporal (E-4), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Forrest W. Hoover, USMC.
Convening Authority: Commanding General, 2d Marine Division,
Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Keith
A. Parrella, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 31 May 2018

―――――――――――――

Before HUTCHISON, SAYEGH, and PRICE, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court